EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR03-00045 HG |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| TAFAIFA SEIULIENA, ) | [21 U.S.C. § 841] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 26, 2002, in the District of Hawaii, TAFAIFA SEIULIENA knowingly and intentionally

distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately .172 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about May 21, 2002, in the District of Hawaii, TAFAIFA SEIULIENA knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately .075 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

DATED: __1/30__, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Tafaifa Seiuliena
Cr. No. _____
INDICTMENT

3