AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00045-001 ACK | Judgment - Page 3 of 7 |
| DEFENDANT: | TAFAIFA SEIULIENA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 MONTHS**.

This term consists of FOUR (4) MONTHS as to Count 1 and 2 of the Indictment, all such terms to be served concurrently and consecutively to the undischarged State term of imprisonment under CR 98-2007.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     FDC, Honolulu.
     That the defendant participate in educational/vocational training programs, drug treatment, and mental health program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **08 MAY 2007** to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
UNITED STATES MARSHAL
WARDEN

By  J. Luna
Deputy U.S. Marshal
Legal Tech