PROB. 12B
(7/93)

# ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 22 2007

at____o'clock and____min.____M.
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  TAFAIFA SEIULIENA          Case Number:  CR 03-00045ACK-01

Name of Sentencing Judicial Officer:    The Honorable Alan C. Kay
                                        Senior U.S. District Judge

Date of Original Sentence:  2/10/2004

Original Offense:    <u>Counts 1 and 2</u>: DISTRIBUTION OF COCAINE BASE, in violation
                    of 21 U.S.C. § 841(a), a Class C felony.

Original Sentence:   Four (4) months imprisonment.  This term consists of four (4)
                    months as to Count 1 and 2 of the Indictment, all such terms to be
                    served concurrently and consecutively to the undischarged State
                    term of imprisonment under CR 98-2007.  Followed by three (3)
                    years supervised release.  This is a term of three (3) years as to
                    each of Counts 1 and 2 of the Indictment, all such terms to be
                    served concurrently, with the following special conditions:  1) that
                    the defendant participate in a substance abuse program, which
                    may include drug testing at the discretion and direction of the
                    Probation Office; 2) that the defendant is prohibited from
                    possessing any illegal or dangerous weapons; 3) that the
                    defendant provide the Probation Office access to any requested
                    financial information; 4) that the defendant participate in a mental
                    health program at the discretion and direction of the Probation
                    Office; and 5) that the defendant shall submit her person,
                    residence, place of employment or vehicle to a search conducted
                    by the U.S. Probation Office at a reasonable time and in a
                    reasonable manner, based upon reasonable suspicion of
                    contraband or evidence of a violation of a condition of supervision.
                    Failure to submit to a search may be grounds for revocation.  The
                    defendant shall warn any other resident that the premises may be
                    subject to search pursuant to this condition.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  8/17/2007

Prob 12B
(7/93)

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

> *General Condition:*   *That the defendant shall refrain from any unlawful use of a*
> *controlled substance.  The defendant shall submit to one*
> *drug test within 15 days of commencement of supervision*
> *and at least two drug tests thereafter but no more than eight*
> *valid drug tests per month during the term of supervision*

## CAUSE

The offender is not in violation of her conditions of supervised release.  However, based on the offender's history of substance abuse, we are recommending that her conditions be modified as reflected above.  Prior to *U.S. v. Stephens*, 9th Circuit 2005, the offender was enrolled in random drug testing.  However, due to the ruling in *Stephens*, the probation officer is limited to three random tests outside of treatment. Drug testing is the most reliable method for monitoring the offender's drug use.  The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.

As to the offender's adjustment, upon her release, the offender went directly to T.J. Mahoney residential reentry center for the state.  The offender is also serving a state parole term.  The offender is participating in the drug aftercare program and life skills program at T.J. Mahoney.  All drug and alcohol testing has been conducted through T.J. Mahoney with negative results.  With the assistance of her case manager at T.J. Mahoney, the offender has begun job searching.  The offender has been on supervision now for approximately two (2) months and has not incurred any violations. Due to her good progress, the offender has earned the status of "big sister" at T.J. Mahoney, which allows her to shadow new residents.  This provides the offender an opportunity to mentor other residents and earn social leave hours.

Prob 12B
(7/93)

3

      Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

Gene DeMello, Jr.
Supervising U.S. Probation Officer

Date: 10/17/2007

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

ALAN C. KAY
Senior U.S. District Judge

10/19/07
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ✓ ]    To modify the conditions of supervision as follows:

General Condition:     *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Witness: _____
LISA K.T. JICHA
U.S. Probation Officer

Signed: _____
TAFAIFA SEIULIENA
Supervised Releasee

10-15-07
_____
Date