PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: TAFAIFA SEIULIENA          Case Number: CR 03-00045ACK-01

Name of Sentencing Judicial Officer:   The Honorable Alan C. Kay
                                       Senior U.S. District Judge

Date of Original Sentence: 2/10/2004

Original Offense:   <u>Counts 1 and 2</u>:  DISTRIBUTION OF COCAINE BASE, in violation of 21 U.S.C. § 841(a), a Class C felony.

Original Sentence:   Four (4) months imprisonment.  This term consists of four (4) months as to Count 1 and 2 of the Indictment, all such terms to be served concurrently and consecutively to the undischarged State term of imprisonment under CR 98-2007.  Followed by three (3) years supervised release.  This is a term of three (3) years as to each of Counts 1 and 2 of the Indictment, all such terms to be served concurrently, with the following special conditions:  1) that the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) that the defendant is prohibited from possessing any illegal or dangerous weapons; 3) that the defendant provide the Probation Office access to any requested financial information; 4) that the defendant participate in a mental health program at the discretion and direction of the Probation Office; and 5) that the defendant shall submit her person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Modification:   On 10/19/2007, the Court modified the conditions of supervision as follows:  General Condition - That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall

Prob 12B
(7/93)

2

submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  8/17/2007

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

**Special Condition No. 6:** *That the defendant participate in a Community Corrections Center program such as Mahoney Hale for a period not to exceed 180 days, or until otherwise released, at the discretion and direction of the Probation Office. While in the program, the defendant shall participate in the components of the Mahoney Hale program.*

## CAUSE

The offender is not in violation of her conditions of supervised release. It is noted that in addition to serving a term of supervised release, she is also serving a state parole term. Upon her release, the offender went directly to T.J. Mahoney residential reentry center, the state inmate component where she currently resides. The offender is requesting to participate in the Federal Community Corrections Center program upon her release from TJ Mahoney, if they are unable to extend her (state component participation) an additional 6 months. The offender acknowledged that this would enhance her reintegration into the community.

As to the offender's adjustment, she will soon be graduating from the drug aftercare program and life skills program at T.J. Mahoney. All drug and alcohol testing has been conducted through T.J. Mahoney with negative results. The offender secured full time employment as a prep cook at WDI International. The offender has been on supervision now for approximately four (4) months and has not incurred any violations. She continues to serve as a "big sister" at T.J. Mahoney, which allows her to mentor new residents and allows her to learn social leave hours.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

Derrick Kim

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 12/17/2007

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

ALAN C. KAY
Senior U.S. District Judge

12/18/07
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ✓ ]   To modify the conditions of supervision as follows:

    **Special Condition No. 6:** *That the defendant participate in a Community Corrections Center program such as Mahoney Hale for a period not to exceed 180 days, or until otherwise released, at the discretion and direction of the Probation Office. While in the program, the defendant shall participate in the components of the Mahoney Hale program.*

Witness: _____
LISA K.T. JICHA
U.S. Probation Officer

Signed: _____
TAFAIFA SEIULIENA
Supervised Releasee

12/19/07
Date